This is a companion of Eddings v. State, 443 So.2d 1308
(Ala.Crim.App. 1983). Appellant Richard Eddings is a brother of Johnny, and he was charged with participating in the same offense. He, too, is of extremely limited mental capacity — intelligence quotient measured at 53 — in the same range as his brother's 48 I.Q. While Judge Hubert Taylor and I dissented, the majority of the court, in that case, expressed itself on all the issues which arise in this case. Accordingly, this case is reversed and remanded upon authority of Eddings v.State, 443 So.2d 1308 (Ala.Crim.App. 1983), cert. denied, [Ms. 83-209 Jan. 13, 1984], for further proceedings not inconsistent with the principles as set out therein.
REVERSED AND REMANDED.
All the Judges concur.